# EXHIBIT A

DocuSign Envelope ID: 1AF525D9-3158-4946-B659-B8394521C09F

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | AELISH MARIE BAIG |
| 2 | TAEVA SHEFLER |
| | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 5 | aelishb@rgrdlaw.com |
| | tshefler@rgrdlaw.com |
| 6 | |
| | ROBBINS GELLER RUDMAN & DOWD LLP |
| 7 | STUART A. DAVIDSON |
| | BRADLEY M. BEALL |
| 8 | ALEXANDER H. COHEN |
| | 120 East Palmetto Park Road, Suite 500 |
| 9 | Boca Raton, FL 33432 |
| | Telephone: 561/750-3000 |
| 10 | 561/750-3364 (fax) |
| | sdavidson@rgrdlaw.com |
| 11 | bbeall@rgrdlaw.com |
| | acohen@rgrdlaw.com |
| 12 | |
| | Attorneys for Plaintiffs and the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VASHONDRA HARRIS, DAMANY BROWNE, TIFFANY WEBER, HEATHER C. MACLEAN, and SONIA FOWLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | Case No. _____ CLASS ACTION DECLARATION OF HEATHER C. MACLEAN PURSUANT TO CAL. CIV. CODE §1780(d) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BEFORE BRANDS, INC. d/b/a SPOONFULONE, | ) ) ) | |
| Defendant. | ) ) | |

1  I, Heather C. MacLean, declare as follows:

2  1. I am a Plaintiff in the above-styled action, and if called as a witness, I could and would competently testify regarding all facts within my personal knowledge.

3  2. I am making this declaration pursuant to California Civil Code §1780(d).

4  3. I understand that the Complaint that my attorneys filed on my behalf, and on behalf of those similarly situated, includes claims against BEFORE Brands, Inc. d/b/a SpoonfulONE for violations of the California Consumer Legal Remedies Act, California Civil Code §1750, *et seq*.

5  4. My attorneys filed this action in the Northern District of California because I reside in Alameda County, and based upon my belief, Defendant conducts substantial business within this Federal Judicial District. Upon information and belief, this Federal Judicial District is a proper place for a trial of this action.

6  5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2022, in Alameda County, California.

DATED: October 26, 2022

DocuSigned by:
EA918D8A821C4F1...
HEATHER C. MACLEAN

DECL. OF PLAINTIFF PER CLRA §1750(d)                                                                                           - 1 -